**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Anthony William GALLIEN,**
**Defendant–Appellant.**

**No. 10–31055**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 9, 2011.

Camille Ann Domingue, Assistant U.S. Attorney, James Thomas Mcmanus, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Assistant Federal Public Defender, Federal Public Defender's Office, Lafayette, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Anthony William Gallien has

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Gallien has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Gallien's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.